UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
VERDIN, ANDRES                      §    Case No. 08-26369
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth Gardner
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/26/2011 in Courtroom 644,

        United States Courthouse
        219 South Dearborn Street
        Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                            Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
VERDIN, ANDRES                      §         Case No. 08-26369
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,001.98 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,001.98 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,450.20 | $ 0.00 | $ 1,450.20 |
| Trustee Expenses: Phillip D. Levey | $ 41.24 | $ 0.00 | $ 41.24 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 2,282.50 | $ 0.00 | $ 2,282.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,773.94 |
| Remaining Balance | $ 3,228.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 20,602.20 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Erasmo Navar and Berton N. Ring, P.C.<br>Berton N. Ring, P.C.<br>123 W. Madison Street, 15th Floor<br>Chicago, Illinois 60602 | $ 20,602.20 | $ 0.00 | $ 3,228.04 |

Total to be paid to tardy general unsecured creditors   $   3,228.04

Remaining Balance   $   0.00

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
                  Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                              Case No. 08-26369-PSH
Andres Verdin                                                       Chapter 7
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0752-1         User: corrinal              Page 1 of 1            Date Rcvd: Mar 28, 2011
                             Form ID: pdf006             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2011.
db           +Andres Verdin,   3811 W. 60th Street,   Chicago, IL 60629-4523
aty          +Frank A Quinones,   Law Offices of Frank A Quinones & Assoc,   6833 West Cermak Road,
               Berwyn, IL 60402-5568
tr           +Phillip D Levey,   2722 North Racine Avenue,   Chicago, IL 60614-1206
12667777     +Associates/Citibank,   Attn: Centralized Bankruptcy,   P.O. Box 20507,
               Kansas City, MO 64195-0507
12667778     +Aurora Loan Services,   Attn: Bankruptcy,   P.O. Box 1706,   Scottsbluff, NE 69363-1706
12667779     +Bank Of America,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
12667780    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Attn: C/O TSYS Debt Management,   P.O. Box 5155,
               Norcross, GA  30091)
12667781     +Cesar Truck Repair,   1800 W. 43rd St.,   Chicago, IL 60609-3111
12667782     +Chase,   Attn: Bankruptcy Dept.,   P.O. Box 100018,   Kennesaw, GA 30156-9204
12667783     +Citgo Oil/Citibank,   Attn: Centralized Bankruptcy,   P.O. Box 20507,
               Kansas City, MO 64195-0507
12667784     +Citibank Usa,   Attn: Centralized Bankruptcy,   P.O. Box 20507,   Kansas City, MO 64195-0507
12667785     +Erasmo Navar,   C/O Mr. Berton N. Ring, Esq.,   123 W. Madison St., 15th Floor,
               Chicago, IL 60602-4612
16913581     +Erasmo Navar and Berton N. Ring, P.C.,   Berton N. Ring, P.C.,
               123 W. Madison Street, 15th Floor,   Chicago, Illinois 60602-4612
12667787     +Irma Verdin,   3811 W. 60th Street,   Chicago, IL 60629-4523
12667776     +Law Offices of Frank A Quinones,   & Associates,   6833 Cermak Rd,   Berwyn, IL 60402-2263
12667788     +Mbna America Bank,   Attn: Bankruptcy NC4-105-02-99,   P.O. Box 26012,
               Greensboro, NC 27420-6012
12667789     +Sears/cbsd,   Attn: Centerialized Bankruptcy,   P.O. Box 20507,   Kansas City, MO 64195-0507
12667790     +Shell Oil/Citibank,   Attn.: Centralized Bankruptcy,   P.O. Box 20507,
               Kansas City, MO 64195-0507
12667791     +The Home Depot,   HDCS,   Pocessing Center,   DesMoines, IA 50364-0001
12667792     +Tranco Driving School,   3900 Cicero,   Cicero, IL 60804-4539
12667775     +Verdin Andres,   3811 W 60th Street,   Chicago, IL 60629-4523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
12667786    ##+Indymac Bank,   7700 W. Parmer Ln., Bldg D 2nd Floor,   Austin, TX 78729-8101
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2011**     **Signature:** *Joseph Speetjens*