UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                     §
VERDIN, ANDRES                   §     Case No. 08-26369
                                     §
            Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for      months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Aurora Loan Services Attn: Bankruptcy P.O. Box 1706 Scottsbluff, NE 69363 |  |  |  |  |  |
|  | Bank Of America 4161 Piedmont Pkwy Greensboro, NC 27410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indymac Bank 7700 W. Parmer Ln., Bldg D 2nd Floor Austin, TX  78729 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associates/Citibank Attn: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | | | | |
| | Cap One Attn: C/O TSYS Debt Management P.O. Box 5155 Norcross, GA 30091 | | | | | |
| | Cesar Truck Repair 1800 W. 43rd St. Chicago, IL 60629 | | | | | |
| | Chase Attn: Bankruptcy Dept. P.O. Box 100018 Kennesaw, GA 30156 | | | | | |
| | Citgo Oil/Citibank Attn: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Attn: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Attn: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | | | | |
| | Erasmo Navar C/O Mr. Berton N. Ring, Esq. 123 W. Madison St., 15th Floor Chicago, IL 60602 | | | | | |
| | Mbna America Bank Attn: Bankruptcy NC4-105-02-99 P.O. Box 26012 Greensboro, NC  27410 | | | | | |
| | Sears/cbsd Attn: Centerialized Bankruptcy P.O. Box 20507 Kansas City, MO  64195 | | | | | |
| | Shell Oil/Citibank Attn.: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Home Depot HDCS Pocessing Center DesMoines, IA  50364 | | | | | |
| | Tranco Driving School 3900 Cicero Cicero, IL  60804 | | | | | |
| 000001 | ERASMO NAVAR AND BERTON N. RING, P. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-26369 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | VERDIN, ANDRES | | | Date Filed (f) or Converted (c): | 10/01/08 (f) |
| | | | | 341(a) Meeting Date: | 11/13/08 |
| For Period Ending: | 02/06/11 | | | Claims Bar Date: | 05/06/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3448 W. 66 TH ST., CHICAGO, IL. 60629 | 225,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2. 3811 W. 60 TH ST., CHICAGO, IL. 60629 | 170,000.00 | 0.00 | DA | 0.00 | 0.00 |
|    Debtor Claimed Exemption | | | | | |
| 3. FURNITURE, TV, RADIO, ETC. | 500.00 | 500.00 | DA | 0.00 | 0.00 |
|    Debtor Claimed Exemption | | | | | |
| 4. CLOTHES | 100.00 | 100.00 | DA | 0.00 | 0.00 |
|    Debtor Claimed Exemption | | | | | |
| 5. Preference Claim (u) | 0.00 | 7,000.00 | | 7,000.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.98 | Unknown |

TOTALS (Excluding Unknown Values)      $395,600.00      $7,600.00            $7,001.98

Gross Value of Remaining Assets      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/10      Current Projected Date of Final Report (TFR): 03/31/11

LFORM1                                                                                                                                                       Ver: 16.01c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-26369 PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | VERDIN, ANDRES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3535  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0164 | | | |
| For Period Ending: | 07/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 02/04/10 | 5 | ANDRES VERDIN | Partial Settlement | 400.00 | | 400.00 |
| 02/04/10 | 5 | ANDRES VERDIN | Partial Settlement | 600.00 | | 1,000.00 |
| 02/04/10 | 5 | ANDRES VERDIN | Partial Settlement | 250.00 | | 1,250.00 |
| 02/04/10 | 5 | ANDRES VERDIN | Partial Settlement | 250.00 | | 1,500.00 |
| 02/04/10 | 5 | ANDRES VERDIN | Partial Settlement | 250.00 | | 1,750.00 |
| 02/04/10 | 5 | ANDRES VERDIN | Partial Settlement | 5,000.00 | | 6,750.00 |
| 02/26/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.12 | | 6,750.12 |
| 03/31/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.17 | | 6,750.29 |
| 04/04/10 | 5 | Andres Verdin | Partial Settlement | 250.00 | | 7,000.29 |
| 04/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.17 | | 7,000.46 |
| 05/28/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.17 | | 7,000.63 |
| 06/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.18 | | 7,000.81 |
| 07/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.17 | | 7,000.98 |
| 08/31/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.18 | | 7,001.16 |
| 09/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.17 | | 7,001.33 |
| 10/29/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.18 | | 7,001.51 |
| 11/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.17 | | 7,001.68 |
| 12/31/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 0.18 | | 7,001.86 |
| 01/23/11 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 0.12 | | 7,001.98 |
| 01/23/11 | | Transfer to Acct #*******5779 | Final Posting Transfer | | 7,001.98 | 0.00 |

Page Subtotals    7,001.98    7,001.98

Ver: 16.02b

LFORM2

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-26369  PSH | |
| Case Name: | VERDIN, ANDRES | |
| Taxpayer ID No: | *******0164 | |
| For Period Ending: | 07/17/11 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******3535 Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 7,001.98 | 7,001.98 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 7,001.98 | |
| | | | Subtotal | 7,001.98 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 7,001.98 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-26369 PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | VERDIN, ANDRES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5779 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0164 | | | |
| For Period Ending: | 07/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 01/23/11 | | Transfer from Acct #*******3535 | Transfer In From MMA Account | 7,001.98 | | 7,001.98 |
| 05/10/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | | 1,450.20 | 5,551.78 |
| 05/10/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | | 41.24 | 5,510.54 |
| 05/10/11 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | | 2,282.50 | 3,228.04 |
| 05/10/11 | 000104 | Erasmo Navar and Berton N. Ring, P.C.<br>Berton N. Ring, P.C.<br>123 W. Madison Street, 15th Floor<br>Chicago, Illinois 60602 | Claim 000001, Payment 15.66842% | | 3,228.04 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,001.98 | 7,001.98 | 0.00 |
| Less: Bank Transfers/CD's | 7,001.98 | 0.00 | |
| Subtotal | 0.00 | 7,001.98 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,001.98 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********3535) | 7,001.98 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5779) | 0.00 | 7,001.98 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,001.98 | 7,001.98 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 7,001.98 7,001.98

LFORM2

Ver: 16.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-26369 PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | VERDIN, ANDRES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5779 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0164 | | | |
| For Period Ending: | 07/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | 0.00 | 0.00 | |

LFORM2

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 16.02b